**No. 10-10674. Stephen Patrick Wood, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6296.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10677. Lonzo Dowtin, Petitioner v. Carmen Palmer, Warden.**

565 U.S. 843, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6106.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10678. Pablo San Martin, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 843, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6002.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 633 F.3d 1257.

**No. 10-10679. Jimmy G. Mejia, Petitioner v. Ben Curry, Warden.**

565 U.S. 843, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6174.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10681. Carmine Sauchelli, Petitioner v. United States Postal Service, et al.**

565 U.S. 843, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6471,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 407 Fed. Appx. 610.

**No. 10-10682. Edward Roy Newsome, aka Edward R. Newsome, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 844, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6278.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10683. Rodney Perkins, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 844, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6017.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10684. Daniel Torres, Petitioner v. James Hartley, Warden.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 5884,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.